# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| LIJANA SHESTOPAL, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| | ) | Case No. 1:18-cv-5384 |
| Plaintiff, | ) ) | |
| v. | ) | Hon. Sharon J. Coleman |
| | ) | |
| ST. JOHN'S UNIVERSITY, NEW YORK, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lijana Shestopal hereby dismisses without prejudice Plaintiff's individual claims and the Class claims against Defendant St. John's University, New York.

Dated: October 18, 2018

Respectfully submitted,

By: */s/ Ke Liu*

Joseph J. Siprut
*jsiprut@siprut.com*
Ke Liu
*kliu@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000
Fax: 312.878.1342

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Voluntary Dismissal** was filed this 18th day of October 2018 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

*/s/ Ke Liu*